UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE W. RADOWTIZ, ESQ
636 CHESTNUT STREET
UNION, NEW JERSEY 07083
(908)687-2333

Order Filed on November 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL G. ZARELLA

Case Number: 18-30082

Hearing Date: _____

Judge: KCF

Chapter: 13

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒    Granted.  The deadline to file schedules is extended to ___November 6, 2018___.

☐    Denied.

*rev.8/1/15*