Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−30082−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael G. Zarella
   240 Jane Street
   Long Branch, NJ 07740

Social Security No.:
   xxx−xx−7917

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        12/12/18
Time:        10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 31, 2018
JAN: vpm

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-30082-KCF
Michael G. Zarella                                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 31, 2018
                              Form ID: 132             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db              +Michael G. Zarella,   240 Jane Street,    Long Branch, NJ 07740-6534
517803475       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517803476       +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
517803478       +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517803481       +Wells Fargo Dealer SVC,    Po Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2018 21:37:30     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2018 21:37:30     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517803477       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 31 2018 21:37:28     DiTech Financial, LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
517803479        E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 21:50:17     Syncb/Walmart Dc,   Po Box 965024,
                 Orlando, FL 32896-9000
517807190       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 21:50:11     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517803480       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2018 21:37:25
                 Verizon,   Po Box 650584,   Dallas, TX 75265-0584
                                                                                              TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517846958      Luciana Zarella
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Michael G. Zarella bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4