| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-30082 / KCF**

Michael G. Zarella

Petition Filed Date: 10/09/2018
341 Hearing Date: 11/08/2018
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/14/2018 | $450.00 | 19570209726 | | | | | | |

**Total Receipts for the Period: $450.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael G. Zarella | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE W RADOWITZ ESQ | Attorney Fees | $1,750.00 | $0.00 | $1,750.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $1,921.76 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $811.39 | $0.00 | $0.00 |
|   | »»  REPO/2012 KIA FORTE |   |   |   |   |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $174.34 | $0.00 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $384.52 | $0.00 | $0.00 |
| 5 | DITECH FINANCIAL LLC. | Mortgage Arrears | $22,794.90 | $0.00 | $0.00 |
|   | »»  P/240 JANE STREET./1ST MTG |   |   |   |   |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $900.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $450.00 |
| Paid to Trustee: | $63.00 | Arrearages: | $450.00 |
| Funds on Hand: | $837.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**