UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

In Re:

Michael Zarella,

Debtor.

Case No.:         18-30082-KCF

Chapter:               13

Hearing Date:     2/13/2019

Judge:              Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 21)

_____

Date: 2/12/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*