| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-30082 / MBK**

Michael G. Zarella

Petition Filed Date: 10/09/2018
341 Hearing Date: 11/08/2018
Confirmation Date: 02/13/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2019 | $450.00 | 19570218017 | 02/20/2019 | $450.00 | 25571956061 | 03/11/2019 | $450.00 | 56937080 |
| 03/25/2019 | $518.00 | 57254950 | 05/06/2019 | $518.00 | 58398890 | 05/28/2019 | $518.00 | 58890710 |
| 07/01/2019 | $518.00 | 59728870 | 07/31/2019 | $518.00 | 60537690 | 08/19/2019 | $518.00 | 61078090 |
| 09/30/2019 | $518.00 | 62135330 | 10/29/2019 | $518.00 | 62823640 | 11/13/2019 | $518.00 | 25611158935 |

**Total Receipts for the Period:  $6,012.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,980.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael G. Zarella | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE W RADOWITZ ESQ<br>»»  2/8/2019 AMD DISCLOSURE | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $1,921.76 | $0.00 | $1,921.76 |
| 2 | WELLS FARGO BANK, N.A.<br>»»  2012 KIA FORTE/DEF BAL | Unsecured Creditors | $811.39 | $0.00 | $811.39 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $174.34 | $0.00 | $174.34 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $384.52 | $0.00 | $384.52 |
| 5 | Loancare, LLC<br>»»  P/240 JANE ST/1ST MTG/ORDER 2/19/19/DITECH | Mortgage Arrears | $22,794.90 | $4,332.69 | $18,462.21 |

**Chapter 13 Case No. 18-30082 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,980.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $6,082.69 | Current Monthly Payment: | $518.00 |
| Paid to Trustee: | $416.61 | Arrearages: | $586.00 |
| Funds on Hand: | $480.70 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**