UNITED STATES BANKRUPTCY COURT

District of New Jersey (Trenton)

IN RE:   Michael G. Zarella

CASE NO:   18-30082

CHAPTER:   13

Debtor(s)

**FILED**
JEANNE A. NAUGHTON, CLERK

APR 29 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

**NOTICE OF CLAIM SATISFACTION**

As to Claim #2 filed on 12/04/2018, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

[04/13/2020]

/s/Stanley Rogers Jr
Bankruptcy Specialist
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on Date of notice filing 04/13/2020], I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

BK-07 (05/23/18)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.