| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-30082 / MBK**

Michael G. Zarella

Petition Filed Date: 10/09/2018
341 Hearing Date: 11/08/2018
Confirmation Date: 02/13/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $518.00 | 64873860 | 02/13/2020 | $586.00 | 65568760 | 04/06/2020 | $518.00 | 66945850 |
| 05/18/2020 | $518.00 | 67956280 | 05/22/2020 | $518.00 | 68077880 | 07/07/2020 | $518.00 | 26298122027 |
| 08/03/2020 | $518.00 | 69849350 | 09/02/2020 | $518.00 | 70588770 | 10/13/2020 | $518.00 | 71527720 |
| 11/30/2020 | $518.00 | 72667200 | 01/21/2021 | $518.00 | 73935360 | | | |

**Total Receipts for the Period: $5,766.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,228.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael G. Zarella | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE W RADOWITZ ESQ<br>»»  2/8/2019 AMD DISCLOSURE | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $1,921.76 | $0.00 | $1,921.76 |
| 2 | WELLS FARGO BANK, N.A.<br>»»  2012 KIA FORTE/DEF BAL | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $174.34 | $0.00 | $174.34 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $384.52 | $0.00 | $384.52 |
| 5 | Loancare, LLC<br>»»  P/240 JANE ST/1ST MTG/ORDER 2/19/19/DITECH | Mortgage Arrears | $22,794.90 | $9,127.20 | $13,667.70 |

**Chapter 13 Case No. 18-30082 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,228.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,877.20 | Current Monthly Payment: | $518.00 |
| Paid to Trustee: | $864.40 | Arrearages: | $1,554.00 |
| Funds on Hand: | $486.40 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**