| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Michael G. Zarella<br><br><br>Debtor(s) | Case No.: 18-30082 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Debbie Smith, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/1/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 10/1/2021                                                                                           /s/ Debbie Smith
                                                                                                                      Debbie Smith

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Michael G. Zarella<br>240 Jane Street<br>Long Branch, NJ   07740 | Debtor(s) | Regular Mail |
| BRUCE W RADOWITZ ESQ<br>636 CHESTNUT ST<br>UNION,  NJ   07083 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |